# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICAH KELLEY,<br><br>        Petitioner,<br><br>vs.<br><br>ROBERT J. HERNANDEZ, Warden,<br><br>        Respondent. | Case No. EDCV 08-1132-CAS (JWJ)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

No amended petition has been filed and no objection has been made. Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Petition, all of the records and files herein and the attached Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Report and Recommendation. The Court concurs with and adopts the conclusions of the Magistrate Judge.

IT IS ORDERED that the Petition filed herein is **dismissed with prejudice**.

///
///
///
///

1 | IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order, the Magistrate Judge's Report and Recommendation, and the Judgment herein by the United States mail on petitioner.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: December 2, 2008

*/s/ Christina A. Snyder*
_____
CHRISTINA A. SNYDER
United States District Judge

- 2 -