# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICAH KELLEY, ) | Case No. EDCV 08-1132-CAS (JWJ) |
| Petitioner, ) | JUDGMENT |
| vs. ) | |
| ROBERT J. HERNANDEZ, Warden, ) | |
| Respondent. ) | |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is **dismissed with prejudice.**

DATED: December 2, 2008

*Christina A. Snyder*
_____
CHRISTINA A. SNYDER
United States District Judge